# UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

No. 97-60630

AZTEC GENERAL AGENCY,

Petitioner,

versus

FEDERAL DEPOSIT INSURANCE
CORPORATION, In Its Corporate Capacity,

Respondent.

Petition for Review:  Federal Deposit Insurance Corporation
(12 USC 1821 (f) (4))

September 4, 1998

Before POLITZ, Chief Judge, EMILIO M. GARZA and STEWART, Circuit
Judges.

PER CURIAM:[*]

ENFORCED.  See 5th Cir. R. 47.6.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.